# Order

Michigan Supreme Court
Lansing, Michigan

May 21, 2021

162710

*In re* A. S-K. SIMONETTA, Minor.

SC: 162710
COA: 354081
St Clair CC Family Division:
  19-000333-NA

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

_____/

On order of the Court, the application for leave to appeal the February 18, 2021 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals opinion holding that the trial court made the requisite judicial determination that the respondent subjected AS to the circumstances provided for in MCL 722.638(1) and (2), and satisfied the requirements of MCR 3.977(E) necessary to terminate the respondent's parental rights without requiring reasonable efforts at reunification. We REVERSE the St. Clair Circuit Court's March 10, 2020 order terminating the respondent's parental rights and we REMAND this case to that court. Reasonable efforts to reunify the child and family must be made in all cases except those involving the circumstances delineated in MCL 712A.19a(2). *In re Mason*, 486 Mich 142, 152 (2010). On remand, the circuit court shall either order that the petitioner provide reasonable services to the respondent, or articulate a factual finding based on clear and convincing evidence that aggravated circumstances exist such that services are not required. The proceedings on remand are limited to these issues. The trial court shall decide the issues on remand within 56 days of this order.

We do not retain jurisdiction.

ZAHRA and VIVIANO, JJ., would deny leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2021

b0518



Clerk